USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/7/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
TAMMY L. GREEN,                                :
                                               :
                       **Plaintiff,**         :
                                               :    **15-CV-8204 (ALC)**
    -against-                        :
                                               :    <u>**ORDER**</u>
NEW YORK CITY TRANSIT AUTHORITY and            :
ROOSEVELT I. LARRIER,                          :
                                               :
                       **Defendants.**         :
                                               :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Plaintiff's opposition to Defendants' motion for summary judgment along with Plaintiff's motion to amend the complaint and her motion for an extension of time. ECF No. 143.  The Court is also in receipt of Defendants' letter in opposition to Plaintiff's requests, ECF No. 144, and Plaintiff's reply to Defendants' opposition, ECF No. 147.

       The Court will consider Plaintiff's submission in opposition to Defendants' motion for summary judgment despite its untimeliness.  Plaintiff filed her opposition thirteen days late. However, given the "strong policy disfavoring dismissal of *pro se* pleadings without affording them their strongest possible construction," *Howard v. Mun. Credit Union*, No. 05-CV-7488, 2008 WL 782760, at *4 (S.D.N.Y. Mar. 25, 2008), and given the difficulty that Plaintiff faced in submitting her paperwork to the Court, *see* ECF No. 147, the Court will accept and consider Plaintiff's opposition.  Defendants filed their reply memorandum on May 1, 2020. ECF No. 146. Accordingly, Defendants' motion is now fully briefed and under consideration by the Court.

       Plaintiff also requests additional time to collect further evidence and leave to amend the complaint.  These requests are sparse and her submission contains no reference to the additional evidence she seeks or how she would amend the complaint.  The only reference to these requests

is in the title of Plaintiff's submission. At this late stage of litigation—after Plaintiff amended her complaint three times and discovery was completed six months ago—and for the reasons stated in Magistrate Judge Netburn's Order denying Plaintiff's similar previous request, *see* ECF No. 122, the Court denies Plaintiff's request for leave to amend the complaint and for additional time to collect further evidence.

**SO ORDERED.**

**Dated:**     **May 7, 2020**
                **New York, New York**

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**