UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TAMMY L. GREEN,

                       **Plaintiff,**          15-CV-08204 (ALC)(SN)

        -against-                              **ORDER**

NEW YORK CITY TRANSIT AUTHORITY et al.,

                       **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In light of Judge Carter's recent opinion granting partial summary judgment in this case, the parties may contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov to schedule a settlement conference, if they believe it would be productive at this time. Given the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      October 16, 2020
                New York, New York