USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/18/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TAMMY L. GREEN,**

                **Plaintiff,**

-against-

**NEW YORK CITY TRANSIT AUTHORITY, ET AL.**

                **Defendants.**

**1:15-cv-8204 (ALC)**

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

    On September 21, 2020, the Court granted in part and denied in part Defendants' motion for summary judgment and ordered Plaintiff to file a letter with the Court within 21 days indicating whether she would like the Court to appoint her pro bono counsel to litigate her surviving claims. ECF No. 150.

    Defendants are hereby **ORDERED** to serve Plaintiff with the opinion and order referenced above, Judge Netburn's October 16, 2020 order, as well as the instant order and file proof of service by no later than December 23, 2020. Plaintiff's deadline to file a letter with the Court indicating whether she would like the Court to appoint her pro bono counsel is extended through January 8, 2021. The Parties are also hereby **ORDERED** to submit a joint status report by no later than January 15, 2021.

**SO ORDERED.**

Dated: December 18, 2020
      New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**