UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tammy Green,<br><br>Plaintiff,<br><br>v.<br><br>NYC Transit Authority and Roosevelt I. Larrier,<br><br>Defendants. | NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL<br><br>Civ. 15-cv-8204 (ALC) (SN) |

**LIMITED APPEARANCE OF *PRO BONO* COUNSEL**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as *pro bono* counsel in this case on behalf of Ms. Tammy Green for the limited purpose of her upcoming trial in this case and/or any settlement negotiations or mediations that may occur. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Date: April 12, 2021

/s/ Meghan Cleary
Meghan Cleary
WILKINSON STEKLOFF LLP
130 West 42nd St, 24th Fl.
New York, NY 10036
Tel: (212) 294-8924
Fax: 202-847-4005
mcleary@wilkinsonstekloff.com