USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
TAMMY L. GREEN,

                Plaintiff,

    -against-

NEW YORK CITY TRANSIT AUTHORITY,
ET AL.,

                Defendants.
------------------------------------------------------------ x

1:15-cv-8204 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On April 28, 2021 at 11:30 A.M., the Court held a telephone status conference with the parties. The parties are hereby ORDERED to submit a joint status report by May 12, 2021 providing details regarding how the parties would like to proceed with the litigation.

**SO ORDERED.**

**Dated: April 28, 2021**
       **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**