UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TAMMY L. GREEN,

                Plaintiff,                    15-CV-08204 (ALC)(SN)

    -against-                          **ORDER**

NEW YORK CITY TRANSIT AUTHORITY, et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    The parties appeared before the Court for a settlement conference on September 9, 2021.

Defendants shall submit an update on the status of settlement via email to the Court at

Netburn_NYSDChambers@nysd.uscourts.gov by October 9, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 10, 2021
                New York, New York