UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TAMMY L. GREEN,

                               **Plaintiff,**                      15-CV-08204 (ALC)(SN)

      -against-                                             **ORDER**

NEW YORK CITY TRANSIT AUTHORITY, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On October 2, 2021, the Court received an ex parte letter from Plaintiff. The Court has provided that letter to Plaintiff's limited purpose counsel.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       October 5, 2021
                  New York, New York