UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TAMMY L. GREEN,

                    Plaintiff,                    15-CV-08204 (ALC)(SN)

    -against-                            **ORDER**

NEW YORK CITY TRANSIT AUTHORITY et al.,

                    Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On October 6, 2021, Defendants accepted the Court's recommendation as to settlement. In light of Plaintiff's on-the-record acceptance of that recommendation during the September 9, 2021 settlement conference, Defendants' acceptance resolves the case. Defendants shall file a proposed stipulation of dismissal no later than November 8, 2021.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    October 7, 2021
               New York, New York