UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TAMMY L. GREEN,

                      Plaintiff,                                      15-CV-08204 (ALC)(SN)

      -against-                                           **ORDER**

NEW YORK CITY TRANSIT AUTHORITY et al.,

                      Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On October 6, 2021, Defendants accepted the Court's recommendation as to settlement. Despite having accepted that same recommendation on the record during the September 9, 2021 settlement conference, Plaintiff now requests that the case proceed to trial. See ECF No. 177. No later than December 13, 2021, Defendants shall file a letter indicating whether they intend to move to enforce the settlement.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     December 6, 2021
              New York, New York