UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TAMMY L. GREEN,

                            Plaintiff,                        15-CV-08204 (ALC)(SN)

        -against-                                         **ORDER**

NEW YORK CITY TRANSIT AUTHORITY et al.,

                            Defendants.

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The Court has received an ex parte communication from Plaintiff requesting an extension of time to file her opposition to Defendants' motion to enforce the settlement agreement. Plaintiff has provided no reason for the request. In light of Plaintiff's *pro se* status, however, she is granted an additional ten (10) business days to submit her opposition, no later than February 25, 2022. Defendants' reply, if any, is due by March 11, 2022.

        Plaintiff is advised that, should she fail to file her opposition in a timely manner, the Court may consider Defendants' motion to enforce the settlement agreement fully briefed and ready for resolution. Plaintiff is further advised that all communications with the Court are to be submitted through filings to the public docket. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     February 10, 2022
                New York, New York