UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TAMMY L. GREEN,

                       Plaintiff,                        15-CV-08204 (ALC)(SN)

     -against-                                   **ORDER**

NEW YORK CITY TRANSIT AUTHORITY et al.,

                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    Plaintiff's opposition to Defendants' motion to enforce the settlement was originally due on January 7, 2022. ECF No. 195. The Court twice extended that deadline, first to February 9, 2022, ECF No. 198, then to February 25, 2022, ECF No. 199. As of the issuance of this order, Plaintiff has filed no opposition.

    Plaintiff's opposition is due no later than March 7, 2022. If Plaintiff fails to file her opposition by that date, the Court will consider Defendants' motion fully briefed and ready for resolution.

    The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     March 3, 2022
                 New York, New York