```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: 4/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TAMMY L. GREEN,

                                 Plaintiff,

           -against-

NEW YORK CITY TRANSIT AUTHORITY et al.,

                                 Defendants.

-----------------------------------------------------------------X

15-CV-08204 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       The Court has received Plaintiff's opposition to Defendants' motion to enforce the settlement via physical mail and filed it to the docket for the parties' and Court's view only. See ECF No. 203. Plaintiff's opposition was timely filed and will be duly considered in resolving Defendants' motion. Defendants' reply, if, any is due by April 19, 2022.

       The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:       April 5, 2022
                   New York, New York