USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/19/2022_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TAMMY GREEN,** | |
| Plaintiff, | |
| -v.- | 15-cv-8204 (ALC) (SN) |
| **NEW YORK CITY TRANSIT AUTHORITY** and **ROOSEVELT LARRIER,** | **ORDER** |
| Defendants | |

**ANDREW L. CARTER, JR., United States District Judge:**

On April 21, 2022, this matter was referred to United States Magistrate Judge Sarah Netburn for general pretrial matters. The Court now considers the Report and Recommendation issued by Judge Netburn, recommending that Defendant's motion to enforce the Settlement agreement be granted.

Despite notification of the right to object to the Report and Recommendation, no objections were filed. Where no timely objections are made, the district court reviews the Report and Recommendation for clear error. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014). As there are no objections to the Report and Recommendation and as the Court finds no clear error in the record, the Court adopts the Report and Recommendation in its entirety.

**SO ORDERED.**

Dated:   July 19, 2022
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge