```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TAMMY L. GREEN,

                            Plaintiff,                      15-CV-08204 (ALC)(SN)

      -against-                                        **ORDER**

NEW YORK CITY TRANSIT AUTHORITY et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the Court's order enforcing the terms of the Settlement Agreement, Defendants are directed to pay the agreed-upon settlement amount to Plaintiff no later than September 19, 2022. Within 3 days of paying the settlement amount to Plaintiff, Defendants shall file a letter confirming that payment has been made.

**SO ORDERED.**

                                                           _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:    July 20, 2022
                New York, New York