UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEN,<br><br>        **Plaintiff,**<br><br>  -against-<br><br>NEW YORK CITY TRANSIT AUTHORITY, ET AL.,<br><br>        **Defendants.** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __11/14/2022__<br><br>15-cv-08204 (ALC)<br><br>**ORDER OF DISMISSAL** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Defendants' letter notifying the Court that the Defendants mailed the settlement check to Plaintiff on Thursday, October 20, 2022. ECF Nos. 218-219. The Court is also in receipt of Plaintiff's letter dated October 16, 2022. ECF No. 220.

  On October 16, 2015, Plaintiff Tammy L. Green filed this action, *pro se*, against Defendants New York City Transit Authority and Roosevelt I. Larrier, alleging gender-based discrimination under local, state, and federal law. ECF No. 2. The parties unsuccessfully engaged in mediation through the Court-annexed mediation program in 2016. On December 4, 2017, the parties appeared before United States Magistrate Judge Sarah Netburn for a settlement conference but did not reach a settlement.

  After the completion of discovery, the Defendants moved for summary judgment, which was granted in part and denied in part on September 21, 2021. ECF No. 150. On April 21, 2022, this matter was referred to the Judge Netburn for general pretrial matters. The parties appeared before Judge Netburn for a second settlement conference on September 9, 2021. The parties both accepted the Court's settlement recommendation, but Plaintiff then requested that the case proceed to trial. Defendants subsequently moved to enforce the parties' agreement.

Because Plaintiff and Defendants reached a binding and enforceable agreement, Judge Netburn recommended granting Defendants' motion to enforce the settlement agreement and dismissing the case with prejudice upon payment of the settlement amount to Plaintiff. ECF No. 207. Despite notification of the right to object to the Report and Recommendation, no objections were filed. ECF No. 208. As there were no objections to the Report and Recommendation and as the Court found no clear error in the record, the Court adopted the Report and Recommendation in its entirety. *Id*.

In her letter to the Court, Plaintiff argues her case "was not handled properly." ECF No. 220. As described above, however, the Court has diligently worked for years to ensure this case was handled properly. Additionally, Plaintiff entered into a binding settlement agreement whereby she will soon or has already received a settlement check from Defendants in the amount of $60,000.

The above-captioned action is hereby dismissed with prejudice. The Clerk of the Court is respectfully directed to terminate this case and to serve Plaintiff with a copy of the instant order.

Plaintiff also complains that on May 13, 2022, in the courthouse, she was mistreated by unidentified deputy marshals.  Plaintiff should direct her complaint to the Office of the District Executive, located in Room 820 of 500 Pearl Street; the phone number is 212-805-0500.

**SO ORDERED.**

**Dated:**   November 14, 2022
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**

3