USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/5/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMMY L. GREEN

                **Plaintiff,**

        -against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

                **Defendants.**

15-cv-08204 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of Plaintiff's November 24, 2023 letter. Defendants are hereby ORDERED to respond to Plaintiff's letter by December 14, 2023.

**SO ORDERED.**

Dated:    December 5, 2023
           New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**