```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/9/2024__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TAMMY L. GREEN**

               **Plaintiff,**

               -against-

**NEW YORK CITY TRANSIT AUTHORITY,** et al.,

               **Defendants.**

**15-cv-08204 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of Plaintiff's November 24, 2023 letter and Defendants' response. ECF Nos. 222, 224. Because Plaintiff's claims against Defendants were previously settled and dismissed with prejudice, Plaintiff is unable to re-litigate those claims. To the extent that Plaintiff's letter seeks to bring novel claims against the United States Marshall Service and/or United States Department of Homeland Security, Plaintiff would need to file a novel complaint to that effect against those federal agencies as those claims are unrelated to the ones made in this litigation.

**SO ORDERED.**

Dated:    January 9, 2024
            New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**